**Order entered October 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01007-CV

### IN RE J.C. PENNEY COMPANY INC., ET AL., Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00735**

## ORDER

The Court has received the parties' October 14, 2013 joint status report. The Court **ORDERS** the parties to submit an updated joint status report by November 4, 2013. On its own motion, the Court **EXTENDS** the deadline responses to the petition for writ of mandamus until thirty days from the date of this order.

/s/      DAVID EVANS
           JUSTICE